**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Fernando A. Bohorquez, Jr.
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>**TO BE FILED UNDER SEAL**<br><br>**COMPLAINT** |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAUL B. KATZ, in his individual capacity, and as trustee of the Katz 2002 Descendants' Trust; FRED WILPON, in his individual capacity, as trustee of the Wilpon 2002 Descendants' Trust, and as co-executor of the Estate Of Leonard Schreier; | Adv. Pro. No. 10-_____ (BRL) |

RICHARD WILPON, in his individual capacity, as trustee of the Fred Wilpon Family Trust, and as trustee of the Saul B. Katz Family Trust;
MICHAEL KATZ, in his individual capacity, and as the trustee of the Saul B. Katz Family Trust;
JEFFREY WILPON, in his individual capacity, and as beneficiary of the Fred Wilpon Family Trust;
DAVID KATZ, in his individual capacity, as trustee of the Saul B. Katz Family Trust, and as beneficiary of the Saul B. Katz Family Trust;
GREGORY KATZ, in his individual capacity, and as beneficiary of the Katz 2002 Descendants' Trust;
ARTHUR FRIEDMAN; L. THOMAS OSTERMAN; MARVIN B. TEPPER; ESTATE OF LEONARD SCHREIER, JASON BACHER as co-executor of the Estate of Leonard Schreier;
METS LIMITED PARTNERSHIP; STERLING METS LP; STERLING METS ASSOCIATES; STERLING METS ASSOCIATES II; METS ONE LLC; METS II LLC; METS PARTNERS, INC.; C.D.S. CORP.; CONEY ISLAND BASEBALL HOLDING COMPANY LLC; BROOKLYN BASEBALL COMPANY LLC; FS COMPANY LLC; 157 J.E.S. LLC; AIR STERLING LLC; BAS AIRCRAFT LLC; BON MICK FAMILY PARTNERS LP; BON-MICK, INC.; CHARLES 15 ASSOCIATES; CHARLES 15 LLC; CHARLES STERLING LLC; CHARLES STERLING SUB LLC; COLLEGE PLACE ENTERPRISES LLC; FFB AVIATION LLC; IRIS J. KATZ AND SAUL B. KATZ FAMILY FOUNDATION, INC.; JUDY AND FRED WILPON FAMILY FOUNDATION, INC.; RED VALLEY PARTNERS; ROBBINSVILLE PARK LLC; RUSKIN GARDEN APARTMENTS LLC; SEE HOLDCO LLC; SEE HOLDINGS I; SEE HOLDINGS II; STERLING 10 LLC; STERLING 15C LLC; STERLING 20 LLC; STERLING AMERICAN ADVISORS II LP; STERLING BRUNSWICK CORPORATION; STERLING BRUNSWICK SEVEN LLC; STERLING DIST PROPERTIES LLC; STERLING EQUITIES; STERLING EQUITIES ASSOCIATES; STERLING EQUITIES INVESTORS; STERLING HERITAGE LLC; STERLING

INTERNAL V LLC; STERLING JET LTD; STERLING JET II LTD; STERLING PATHOGENESIS COMPANY; STERLING THIRD ASSOCIATES; STERLING THIRTY VENTURE LLC; STERLING TRACING LLC; STERLING TWENTY FIVE LLC; STERLING VC IV LLC; STERLING VC V LLC; VALLEY HARBOR ASSOCIATES; SAUL B. KATZ FAMILY TRUST; FRED WILPON FAMILY TRUST; KATZ 2002 DESCENDANTS' TRUST; WILPON 2002 DESCENDANTS' TRUST; IRIS KATZ, in her individual capacity, and as trustee of the Saul B. Katz Family Trust; JUDITH WILPON, in her individual capacity, and as trustee of the Fred Wilpon Family Trust; DAYLE KATZ, in her individual capacity, as trustee of the Katz 2002 Descendants' Trust, and as beneficiary of the Katz 2002 Descendants' Trust; DEBRA WILPON, in her individual capacity, as trustee of the Fred Wilpon Family Trust, and as trustee of Wilpon 2002 Descendants' Trust; VALERIE WILPON; AMY BETH KATZ; HEATHER KATZ KNOPF, in her individual capacity, as trustee of the Saul B. Katz Family Trust, and as beneficiary of the Saul B. Katz Family Trust; HOWARD KATZ, in his individual capacity, and as beneficiary of the Katz 2002 Descendants' Trust; NATALIE KATZ O'BRIEN, in her individual capacity, as trustee of the Saul B. Katz Family Trust, and as beneficiary of the Saul B. Katz Family Trust; TODD KATZ, in his individual capacity, and as beneficiary of the Katz 2002 Descendants' Trust; BRUCE N. WILPON, in his individual capacity, and as beneficiary of the Fred Wilpon Family Trust; DANIEL WILPON, in his individual capacity, and as beneficiary of the Wilpon 2002 Descendants' Trust; JESSICA WILPON, in her individual capacity, and as beneficiary of the Wilpon 2002 Descendants' Trust; ROBIN WILPON WACHTLER, in her individual capacity, and as beneficiary of the Fred Wilpon Family Trust;

PHILIP WACHTLER;
KIMBERLY WACHTLER, in her individual capacity, and as beneficiary of the Fred Wilpon Family Trust;
SCOTT WILPON, in his individual capacity, and as beneficiary of the Wilpon 2002 Descendants' Trust;
Minor 1 (REDACTED);
Minor 2 (REDACTED);
RUTH FRIEDMAN; PHYLLIS REBELL OSTERMAN; ELISE C. TEPPER; JACQUELINE G. TEPPER; EDWARD M. TEPPER;
DEYVA SCHREIER ARTHUR, in her individual capacity, and as beneficiary of the Estate of Leonard Schreier;
MICHAEL SCHREIER, in his individual capacity, and as beneficiary of the Estate of Leonard Schreier;
REALTY ASSOCIATES MADOFF II;
STERLING ACQUISITIONS LLC; STERLING AMERICAN PROPERTY III LP; STERLING AMERICAN PROPERTY IV LP; STERLING AMERICAN PROPERTY V LP,

        Defendants.