## BLMIS ACCOUNT NO. 100625 - ARTHUR FRIEDMAN T I C OTHERS ON FILE*

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 5/14/1991 | CHECK WIRE | 1,181,676 | - | - | - | 681,676 |
| 6/14/1991 | CHECK | 3,403 | - | - | - | 3,403 |
| | Total: | | $ - | $ - | $ - | $ 685,079 |

*Transfers of principal to be determined at trial.*

MADC1100_00000005

**BLMIS ACCOUNT NO. 101149 - SAUL B KATZ MICHAEL KATZ L THOMAS OSTERMAN ARTHUR FRIEDMAN & JEFFREY S WILPON TIC\***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | | 90-Day | 2-Year | 6-Year | Full History |
| | | Cash | Preferential | Fraudulent | Fraudulent | Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 11/30/1987 | CHECK | 510,398 | - | - | - | 10,398 |
| 3/17/1988 | CHECK | 3,787 | - | - | - | 3,787 |
| | Total: | | $ - | $ - | $ - | $ 14,185 |

*\*Transfers of principal to be determined at trial.*

MADC1100_00000006

**BLMIS ACCOUNT NO. 102343 - FRED WILPON RICHARD A WILPON & LEONARD SCHREIR TIC\***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | | 90-Day | 2-Year | 6-Year | Full History |
| | | Cash | Preferential | Fraudulent | Fraudulent | Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 11/30/1987 | CHECK | 510,398 | - | - | - | 10,398 |
| 3/17/1988 | CHECK | 3,787 | - | - | - | 3,787 |
| | Total: | | $ - | $ - | $ - | $ 14,185 |

*\*Transfers of principal to be determined at trial.*

MADC1100_00000007

**BLMIS ACCOUNT NO. 102352 - ROBIN WACHTLER & PHILIP WACHTLER  JT TEN WROS***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 8/26/1991 | CHECK | 60,939 | - | - | - | 10,939 |
| | Total: | | $ - | $ - | $ - | $ 10,939 |

*Transfers of principal to be determined at trial.*

MADC1100_00000008

## BLMIS ACCOUNT NO. 1KW001 - BON MICK FAMILY PARTNERS L P*

*Transfers of principal to be determined at trial.*

MADC1100_00000009

**BLMIS ACCOUNT NO. 1KW004 - ARTHUR FRIEDMAN & RUTH FRIEDMAN J/T WROS\***

| Column 1<br><br>Date | Column 2<br><br>Transaction Description | Column 3<br>Cash<br>Withdrawals | Column 4<br>90-Day<br>Preferential<br>Transfers | Column 5<br>2-Year<br>Fraudulent<br>Transfers | Column 6<br>6-Year<br>Fraudulent<br>Transfers | Column 7<br>Full History<br>Fraudulent<br>Transfers |
|---|---|---|---|---|---|---|
| 9/14/2005 | CHECK | 64,000 | - | - | 20,437 | 20,437 |
| 12/21/2006 | CHECK | 60,000 | - | 60,000 | 60,000 | 60,000 |
| | Total: | | $ - | $ 60,000 | $ 80,437 | $ 80,437 |

*\*Transfers of principal to be determined at trial.*

MADC1100_00000010

**BLMIS ACCOUNT NO. 1KW005 - BERNICE FRIEDMAN AND ARTHUR FRIEDMAN T/I/C\***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | | 90-Day | 2-Year | 6-Year | Full History |
| | | Cash | Preferential | Fraudulent | Fraudulent | Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 4/18/1995 | CHECK | 15,500 | - | - | - | 2,465 |
| | Total: | | $ - | $ - | $ - | $ 2,465 |

*\*Transfers of principal to be determined at trial.*

MADC1100_00000011

**BLMIS ACCOUNT NO. 1KW006 - RUTH FRIEDMAN***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | Cash | 90-Day Preferential | 2-Year Fraudulent | 6-Year Fraudulent | Full History Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 11/20/1996 | CHECK | 627,000 | - | - | - | 459,000 |
| | Total: | | $ - | $ - | $ - | $ 459,000 |

*Transfers of principal to be determined at trial.*

MADC1100_00000012

**BLMIS ACCOUNT NO. 1KW007 - ALLAN GOTTLIEB SCOTT GOTTLIEB & SAUL B KATZ TIC***

| Column 1 Date | Column 2 Transaction Description | Column 3 Cash Withdrawals | Column 4 90-Day Preferential Transfers | Column 5 2-Year Fraudulent Transfers | Column 6 6-Year Fraudulent Transfers | Column 7 Full History Fraudulent Transfers |
|---|---|---|---|---|---|---|
| 8/27/1992 | CHECK | 238,156 | - | - | - | 93,876 |
| | Total: | | $ - | $ - | $ - | $ 93,876 |

*Transfers of principal to be determined at trial.*

MADC1100_00000013

**BLMIS ACCOUNT NO. 1KW011 - DAVID KATZ & JULIE KATZ JT TENANTS C/O STERLING EQUITIES\***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | | 90-Day | 2-Year | 6-Year | Full History |
| | | Cash | Preferential | Fraudulent | Fraudulent | Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 10/1/1997 | CHECK | 8,000 | - | - | - | 210 |
| | Total: | | $ - | $ - | $ - | $ 210 |

*\*Transfers of principal to be determined at trial.*

MADC1100_00000014

**BLMIS ACCOUNT NO. 1KW012 - DAVID KATZ NATALIE AND HEATHER KATZ TIC***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 4/1/1997 | CHECK | 500,000 | - | - | - | 207,624 |
| | Total: | | $ - | $ - | $ - | $ 207,624 |

*Transfers of principal to be determined at trial.*

MADC1100_00000015

**BLMIS ACCOUNT NO. 1KW013 - DAYLE KATZ***

*Transfers of principal to be determined at trial.*

MADC1100_00000016

**BLMIS ACCOUNT NO. 1KW014 - IRIS J KATZ C/O STERLING EQUITIES\***

| Column 1<br><br>Date | Column 2<br><br>Transaction Description | Column 3<br>Cash<br>Withdrawals | Column 4<br>90-Day<br>Preferential<br>Transfers | Column 5<br>2-Year<br>Fraudulent<br>Transfers | Column 6<br>6-Year<br>Fraudulent<br>Transfers | Column 7<br>Full History<br>Fraudulent<br>Transfers |
|---|---|---|---|---|---|---|
| 3/28/2003 | CHECK WIRE | 5,000,000 | - | - | 2,801,687 | 2,801,687 |
| 6/2/2003 | CHECK | 60,000 | - | - | 60,000 | 60,000 |
| 6/25/2003 | CHECK | 750,000 | - | - | 750,000 | 750,000 |
| 7/1/2003 | CHECK | 60,000 | - | - | 60,000 | 60,000 |
| 8/1/2003 | CHECK | 60,000 | - | - | 60,000 | 60,000 |
| 9/2/2003 | CHECK | 60,000 | - | - | 60,000 | 60,000 |
| 10/1/2003 | CHECK | 60,000 | - | - | 60,000 | 60,000 |
| 11/3/2003 | CHECK | 60,000 | - | - | 60,000 | 60,000 |
| 12/1/2003 | CHECK | 215,000 | - | - | 215,000 | 215,000 |
| 12/3/2003 | CHECK | 800,000 | - | - | 800,000 | 800,000 |
| 1/2/2004 | CHECK | 215,000 | - | - | 215,000 | 215,000 |
| 2/2/2004 | CHECK | 215,000 | - | - | 215,000 | 215,000 |
| 3/1/2004 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 4/1/2004 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 5/3/2004 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 5/27/2004 | CHECK | 250,000 | - | - | 250,000 | 250,000 |
| 6/1/2004 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 7/1/2004 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 8/2/2004 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 9/1/2004 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 10/1/2004 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 11/1/2004 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 12/1/2004 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 12/14/2004 | CHECK | 875,000 | - | - | 875,000 | 875,000 |
| 1/3/2005 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 2/1/2005 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 3/1/2005 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 4/1/2005 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 4/22/2005 | CHECK | 500,000 | - | - | 500,000 | 500,000 |
| 5/2/2005 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 6/1/2005 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 7/1/2005 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 8/1/2005 | CHECK | 20,000 | - | - | 20,000 | 20,000 |
| 9/1/2005 | CHECK | 65,000 | - | - | 65,000 | 65,000 |

MADC1100_00000017

**BLMIS ACCOUNT NO. 1KW014 - IRIS J KATZ C/O STERLING EQUITIES***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | Cash | 90-Day Preferential | 2-Year Fraudulent | 6-Year Fraudulent | Full History Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 10/3/2005 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 11/1/2005 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 11/1/2005 | CHECK WIRE | 6,400,000 | - | - | 6,400,000 | 6,400,000 |
| 11/1/2005 | CHECK WIRE | 5,000,000 | - | - | 5,000,000 | 5,000,000 |
| 12/1/2005 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 1/3/2006 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 2/1/2006 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 3/1/2006 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 3/28/2006 | CHECK | 400,000 | - | - | 400,000 | 400,000 |
| 4/3/2006 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 5/1/2006 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 6/1/2006 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 7/3/2006 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 8/1/2006 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 9/1/2006 | CHECK | 65,000 | - | - | 65,000 | 65,000 |
| 10/2/2006 | CHECK | 85,000 | - | - | 85,000 | 85,000 |
| 11/1/2006 | CHECK | 85,000 | - | - | 85,000 | 85,000 |
| 12/1/2006 | CHECK | 85,000 | - | - | 85,000 | 85,000 |
| 12/21/2006 | CHECK | 500,000 | - | 500,000 | 500,000 | 500,000 |
| 1/2/2007 | CHECK | 85,000 | - | 85,000 | 85,000 | 85,000 |
| 2/1/2007 | CHECK | 85,000 | - | 85,000 | 85,000 | 85,000 |
| 3/1/2007 | CHECK | 85,000 | - | 85,000 | 85,000 | 85,000 |
| 8/26/2008 | CHECK | 415,000 | - | 415,000 | 415,000 | 415,000 |
| 9/2/2008 | CHECK | 75,000 | - | 75,000 | 75,000 | 75,000 |
| 9/18/2008 | CHECK | 120,000 | - | 120,000 | 120,000 | 120,000 |
| 9/18/2008 | CHECK | 133,000 | - | 133,000 | 133,000 | 133,000 |
| 9/25/2008 | CHECK | 500,000 | - | 500,000 | 500,000 | 500,000 |
| 10/1/2008 | CHECK | 75,000 | - | 75,000 | 75,000 | 75,000 |
| 11/3/2008 | CHECK | 75,000 | - | 75,000 | 75,000 | 75,000 |
| 12/1/2008 | CHECK | 75,000 | - | 75,000 | 75,000 | 75,000 |
| | Total: | $ - | $ 2,223,000 | $ 22,464,687 | $ 22,464,687 | |

*Transfers of principal to be determined at trial.*

MADC1100_00000018

**BLMIS ACCOUNT NO. 1KW016 - IRIS & SAUL KATZ FAM FDN INC AND JUDY & FRED WILPON FAMILY FDN INC TIC***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | Cash | 90-Day Preferential | 2-Year Fraudulent | 6-Year Fraudulent | Full History Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 1/7/2005 | CHECK | 354,000 | - | - | 354,000 | 354,000 |
| | Total: | | $ - | $ - | $ 354,000 | $ 354,000 |

*Transfers of principal to be determined at trial.*

MADC1100_00000019

**BLMIS ACCOUNT NO. 1KW017 - IRIS KATZ & SAUL KATZ FAMILY FDN INC OTHERS ON FILE**

| Column 1<br>Date | Column 2<br>Transaction Description | Column 3<br>Cash<br>Withdrawals | Column 4<br>90-Day<br>Preferential<br>Transfers | Column 5<br>2-Year<br>Fraudulent<br>Transfers | Column 6<br>6-Year<br>Fraudulent<br>Transfers | Column 7<br>Full History<br>Fraudulent<br>Transfers |
|---|---|---|---|---|---|---|
| 6/20/1994 | CHECK | 61,086 | - | - | - | 61,086 |
| 6/20/1994 | CHECK | 132,401 | - | - | - | 132,401 |
| | Total: | | $ - | $ - | $ - | $ 193,487 |

MADC1100_00000020

**BLMIS ACCOUNT NO. 1KW019 - MICHAEL KATZ\***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 9/24/2008 | CHECK | 1,500,000 | 1,500,000 | - | - | - |
| | Total: | | $ 1,500,000 | $ - | $ - | $ - |

*\*Transfers of principal to be determined at trial.*

MADC1100_00000021

**BLMIS ACCOUNT NO. 1KW020 - MICHAEL KATZ & DAYLE KATZ J/T WROS***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | Cash | 90-Day Preferential | 2-Year Fraudulent | 6-Year Fraudulent | Full History Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 3/4/2004 | CHECK | 350,000 | - | - | 203,483 | 203,483 |
| 3/30/2006 | CHECK | 350,000 | - | - | 350,000 | 350,000 |
| | Total: | | $ - | $ - | $ 553,483 | $ 553,483 |

*Transfers of principal to be determined at trial.*

MADC1100_00000022

**BLMIS ACCOUNT NO. 1KW022 - MICHAEL KATZ AND RICHARD A WILPON TIC\***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 6/27/1995 | CHECK | 435,232 | - | - | - | 185,232 |
| 6/27/1995 | CHECK | 435,232 | - | - | - | 435,232 |
| | Total: | | $ - | $ - | $ - | $ 620,464 |

*\*Transfers of principal to be determined at trial.*

MADC1100_00000023

## BLMIS ACCOUNT NO. 1KW023 - NATALIE KATZ*

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 7/3/1997 | CHECK WIRE | 166,667 | - | - | - | 2,534 |
| | Total: | | $ - | $ - | $ - | $ 2,534 |

*Transfers of principal to be determined at trial.*

MADC1100_00000024

**BLMIS ACCOUNT NO. 1KW024 - SAUL B KATZ***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 4/18/2006 | CHECK WIRE | 5,500,000 | - | - | 2,411,027 | 2,411,027 |
| 12/21/2006 | CHECK | 1,000,000 | - | 1,000,000 | 1,000,000 | 1,000,000 |
| 4/10/2007 | CHECK | 575,000 | - | 575,000 | 575,000 | 575,000 |
| 9/6/2007 | CHECK | 800,000 | - | 800,000 | 800,000 | 800,000 |
| 10/5/2007 | CHECK | 2,322,612 | - | 2,322,612 | 2,322,612 | 2,322,612 |
| | Total: | | $ - | $ 4,697,612 | $ 7,108,639 | $ 7,108,639 |

*Transfers of principal to be determined at trial.*

MADC1100_00000025

**BLMIS ACCOUNT NO. 1KW030 - SAUL B KATZ FAMILY TRUST MICHAEL KATZ IRIS KATZ & RICHARD A WILPON TRUSTEES***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | | 90-Day | 2-Year | 6-Year | Full History |
| | | Cash | Preferential | Fraudulent | Fraudulent | Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 4/4/1995 | CHECK | 2,293,069 | - | - | - | 1,982,069 |
| 4/28/1995 | CHECK | 16,526 | - | - | - | 16,526 |
| 5/12/1995 | CHECK | 4,320 | - | - | - | 4,320 |
| | Total: | | $ - | $ - | $ - | $ 2,002,915 |

*Transfers of principal to be determined at trial.*

MADC1100_00000026

**BLMIS ACCOUNT NO. 1KW037 - SAUL KATZ FAMILY TRUST DAVID,NATALIE,HEATHER KATZ FRED WILPON FAMILY TRUST***

| Column 1<br><br>Date | Column 2<br><br>Transaction Description | Column 3<br>Cash<br>Withdrawals | Column 4<br>90-Day<br>Preferential<br>Transfers | Column 5<br>2-Year<br>Fraudulent<br>Transfers | Column 6<br>6-Year<br>Fraudulent<br>Transfers | Column 7<br>Full History<br>Fraudulent<br>Transfers |
|---|---|---|---|---|---|---|
| 4/28/1995 | CHECK | 813 | - | - | - | 813 |
| 4/28/1995 | CHECK | 1,626 | - | - | - | 1,626 |
| 5/12/1995 | CHECK | 175 | - | - | - | 175 |
| 5/12/1995 | CHECK | 88 | - | - | - | 88 |
| 10/24/1995 | CHECK | 59 | - | - | - | 59 |
| 10/24/1995 | CHECK | 117 | - | - | - | 117 |
| | Total: | $ - | $ - | $ - | $ - | $ 2,877 |

*Transfers of principal to be determined at trial.*

MADC1100_00000027

**BLMIS ACCOUNT NO. 1KW040 - METS LIMITED PTR\***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | Cash | 90-Day Preferential | 2-Year Fraudulent | 6-Year Fraudulent | Full History Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 10/16/1997 | CHECK WIRE | 1,000,000 | - | - | - | 71,566 |
| 3/30/1998 | CHECK WIRE | 5,000,000 | - | - | - | 5,000,000 |
| 4/14/1998 | CHECK WIRE | 5,000,000 | - | - | - | 5,000,000 |
| 4/20/1998 | CHECK WIRE | 2,000,000 | - | - | - | 2,000,000 |
| 5/4/1998 | CHECK WIRE | 1,000,000 | - | - | - | 1,000,000 |
| 5/11/1998 | CHECK WIRE | 3,000,000 | - | - | - | 3,000,000 |
| 5/26/1998 | CHECK WIRE | 2,000,000 | - | - | - | 2,000,000 |
| 6/1/1998 | CHECK WIRE | 1,000,000 | - | - | - | 1,000,000 |
| 6/15/1998 | CHECK WIRE | 1,000,000 | - | - | - | 1,000,000 |
| 6/18/1998 | CHECK WIRE | 625,156 | - | - | - | 625,156 |
| 6/22/1998 | CHECK WIRE | 2,000,000 | - | - | - | 2,000,000 |
| 6/29/1998 | CHECK WIRE | 3,000,000 | - | - | - | 3,000,000 |
| 7/27/1998 | CHECK WIRE | 2,000,000 | - | - | - | 2,000,000 |
| 8/3/1998 | CHECK WIRE | 2,000,000 | - | - | - | 2,000,000 |
| 8/13/1998 | CHECK WIRE | 1,000,000 | - | - | - | 1,000,000 |
| | **Total:** | | $ - | $ - | $ - | $ 30,696,722 |

*Transfers of principal to be determined at trial.*

MADC1100_00000028

**BLMIS ACCOUNT NO. 1KW044 - L THOMAS OSTERMAN***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | | 90-Day | 2-Year | 6-Year | Full History |
| | | Cash | Preferential | Fraudulent | Fraudulent | Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 1/2/2003 | CHECK | 200,000 | - | - | 171,450 | 171,450 |
| 1/16/2003 | CHECK | 39,700 | - | - | 39,700 | 39,700 |
| 2/3/2003 | CHECK | 15,000 | - | - | 15,000 | 15,000 |
| 3/3/2003 | CHECK | 15,000 | - | - | 15,000 | 15,000 |
| 3/10/2003 | CHECK | 155,000 | - | - | 155,000 | 155,000 |
| 6/19/2003 | CHECK | 40,000 | - | - | 40,000 | 40,000 |
| 9/12/2003 | CHECK | 105,000 | - | - | 105,000 | 105,000 |
| 11/25/2003 | CHECK | 150,000 | - | - | 150,000 | 150,000 |
| 1/13/2004 | CHECK | 44,000 | - | - | 44,000 | 44,000 |
| 3/4/2004 | CHECK | 121,800 | - | - | 121,800 | 121,800 |
| 12/14/2004 | CHECK | 150,000 | - | - | 150,000 | 150,000 |
| 4/11/2005 | CHECK | 90,000 | - | - | 90,000 | 90,000 |
| 12/21/2007 | CHECK | 225,000 | - | 225,000 | 225,000 | 225,000 |
| | Total: | $ - | $ - | $ 225,000 | $ 1,321,950 | $ 1,321,950 |

*Transfers of principal to be determined at trial.*

MADC1100_00000029

**BLMIS ACCOUNT NO. 1KW052 - LEONARD J SCHREIER C/O KIM BAPTISTE ESQ\***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 7/2/2002 | CHECK | 2,300,000 | - | - | - | 1,274,254 |
| | Total: | | $ - | $ - | $ - | $ 1,274,254 |

*\*Transfers of principal to be determined at trial.*

MADC1100_00000030

**BLMIS ACCOUNT NO. 1KW053 - LEONARD SCHREIER AND SANFORD KOUFAX TIC\***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | | 90-Day | 2-Year | 6-Year | Full History |
| | | Cash | Preferential | Fraudulent | Fraudulent | Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 7/5/2002 | CHECK | 3,192,063 | - | - | - | 3,117,063 |
| | Total: | | $ - | $ - | $ - | $ 3,117,063 |

*Transfers of principal to be determined at trial.*

MADC1100_00000031

**BLMIS ACCOUNT NO. 1KW054 - LEONARD J SCHREIER & DEYVA SCHREIER T I C***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 12/22/2000 | CHECK | 20 | - | - | - | 20 |
| | Total: | | $ - | $ - | $ - | $ 20 |

*\*Transfers of principal to be determined at trial.*

MADC1100_00000032

**BLMIS ACCOUNT NO. 1KW056 - LEONARD J SCHREIER & MICHAEL SCHREIER TIC**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 3/14/1994 | CHECK | 14,673 | - | - | - | 14,673 |
| 11/1/1994 | CHECK | 62 | - | - | - | 62 |
| | Total: | $ - | $ - | $ - | $ - | $ 14,735 |

MADC1100_00000033

## BLMIS ACCOUNT NO. 1KW057 - STERLING DOUBLEDAY ENTERPRISES L P*

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | Cash | 90-Day Preferential | 2-Year Fraudulent | 6-Year Fraudulent | Full History Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 5/29/1992 | CHECK WIRE | 3,000,000 | - | - | - | 1,178,114 |
| 6/15/1992 | CHECK WIRE | 2,000,000 | - | - | - | 2,000,000 |
| 6/30/1992 | CHECK WIRE | 1,000,000 | - | - | - | 1,000,000 |
| 8/3/1992 | CHECK WIRE | 1,000,000 | - | - | - | 1,000,000 |
| | Total: | $ - | $ - | $ - | $ - | $ 5,178,114 |

*Transfers of principal to be determined at trial.*

MADC1100_00000034

**BLMIS ACCOUNT NO. 1KW059 - STERLING THIRD ASSOC C/O MICHAEL KATZ***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | Cash | 90-Day Preferential | 2-Year Fraudulent | 6-Year Fraudulent | Full History Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 12/6/1994 | CHECK | 3,900,000 | - | - | - | 3,250,686 |
| 1/16/1998 | CHECK | 3,616,349 | - | - | - | 3,616,349 |
| 1/16/1998 | CHECK | 1,383 | - | - | - | 1,383 |
| | Total: | | $ - | $ - | $ - | $ 6,868,419 |

*Transfers of principal to be determined at trial.*

MADC1100_00000035

**BLMIS ACCOUNT NO. 1KW062 - ELISE C TEPPER SHELLEY L TEPPER,J G TEPPER,D ROBINOV,E TEPPER,B TEPPER,B***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 7/25/1996 | CHECK | 37 | - | - | - | 37 |
| 7/25/1996 | CHECK | 98 | - | - | - | 98 |
| | Total: | | $ - | $ - | $ - | $ 135 |

*Transfers of principal to be determined at trial.*

MADC1100_00000036

**BLMIS ACCOUNT NO. 1KW063 - MARVIN TEPPER L SCHREIER,L.T OSTERMAN C/F H &K S OSTERMAN,M KATZ C/F G & H**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | Cash | 90-Day Preferential | 2-Year Fraudulent | 6-Year Fraudulent | Full History Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 1/13/1994 | CHECK | 91,000 | - | - | - | 91,000 |
| | Total: | | $ - | $ - | $ - | $ 91,000 |

MADC1100_00000037

**BLMIS ACCOUNT NO. 1KW064 - MARVIN B TEPPER & ELISE C TEPPER JT WROS***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 6/27/1995 | CHECK | 117,795 | - | - | - | 72,795 |
| | Total: | | $ - | $ - | $ - | $ 72,795 |

*Transfers of principal to be determined at trial.*

MADC1100_00000038

**BLMIS ACCOUNT NO. 1KW066 - DEBRA WILPON***

| Column 1<br><br>Date | Column 2<br><br>Transaction Description | Column 3<br><br>Cash Withdrawals | Column 4<br>90-Day Preferential Transfers | Column 5<br>2-Year Fraudulent Transfers | Column 6<br>6-Year Fraudulent Transfers | Column 7<br>Full History Fraudulent Transfers |
|---|---|---|---|---|---|---|
| 6/27/1995 | CHECK | 509,113 | - | - | - | 369,113 |
| | Total: | | $ - | $ - | $ - | $ 369,113 |

*Transfers of principal to be determined at trial.*

MADC1100_00000039

**BLMIS ACCOUNT NO. 1KW067 - FRED WILPON***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | Cash | 90-Day Preferential | 2-Year Fraudulent | 6-Year Fraudulent | Full History Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 9/19/2008 | CHECK | 5,000,000 | - | 1,575,520 | 1,575,520 | 1,575,520 |
| 10/3/2008 | CHECK | 35,000 | - | 35,000 | 35,000 | 35,000 |
| 11/5/2008 | CHECK | 35,000 | - | 35,000 | 35,000 | 35,000 |
| 12/3/2008 | CHECK | 35,000 | - | 35,000 | 35,000 | 35,000 |
| | Total: | $ - | $ 1,680,520 | $ 1,680,520 | $ 1,680,520 |

*Transfers of principal to be determined at trial.*

MADC1100_00000040

**BLMIS ACCOUNT NO. 1KW072 - FRED WILPON FAMILY TRUST GREG KATZ, HOWARD KATZ, & TODD KATZ TIC***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | Cash | 90-Day Preferential | 2-Year Fraudulent | 6-Year Fraudulent | Full History Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 4/4/1995 | CHECK | 498,941 | - | - | - | 144,941 |
| 4/28/1995 | CHECK | 3,580 | - | - | - | 3,580 |
| 5/12/1995 | CHECK | 877 | - | - | - | 877 |
| | Total: | | $ - | $ - | $ - | $ 149,398 |

*Transfers of principal to be determined at trial.*

MADC1100_00000041

**BLMIS ACCOUNT NO. 1KW074 - FRED WILPON FAMILY TRUST & JUDY & FRED WILPON FAM FDN***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| Date | Transaction Description | Cash Withdrawals | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Transfers | Full History Fraudulent Transfers |
| 4/4/1995 | CHECK | 859,790 | - | - | - | 414,290 |
| 4/28/1995 | CHECK | 6,245 | - | - | - | 6,245 |
| 5/12/1995 | CHECK | 1,546 | - | - | - | 1,546 |
| | Total: | | $ - | $ - | $ - | $ 422,081 |

*Transfers of principal to be determined at trial.*

MADC1100_00000042

**BLMIS ACCOUNT NO. 1KW075 - FRED WILPON FAMILY TRUST RICHARD WILPON JUDITH WILPON MARVIN B TEPPER &\***

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 |
|---|---|---|---|---|---|---|
| | | | 90-Day | 2-Year | 6-Year | Full History |
| | | Cash | Preferential | Fraudulent | Fraudulent | Fraudulent |
| Date | Transaction Description | Withdrawals | Transfers | Transfers | Transfers | Transfers |
| 4/4/1995 | CHECK | 1,926,805 | - | - | - | 1,865,314 |
| 4/28/1995 | CHECK | 14,025 | - | - | - | 14,025 |
| 5/12/1995 | CHECK | 3,474 | - | - | - | 3,474 |
| | Total: | | $ - | $ - | $ - | $ 1,882,814 |

*\*Transfers of principal to be determined at trial.*

MADC1100_00000043

**BLMIS ACCOUNT NO. 1KW076 - JEFFREY S WILPON & VALERIE WILPON JT TENANTS***

*Transfers of principal to be determined at trial.*

MADC1100_00000044