```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
```

In re:                                                    :
                                                                          Case No.08-1789(BRL)
Securities Investor Protection
 Corporation v. Bernard L. Madoff
Investment Securities, LLC.
                                                                      :

------------------------------------------
Irving H. Picard, Esq., Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and Bernard L. Madoff

                    Plaintiff,
                                                                      Adv.10-05287-brl

          V.
Saul B. Katz, in his individual capacity,
and as trustee of the Katz 2002 Descendants'
Trust, et al.,

                    Defendants.


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, With Document#3141 (08-1789) DATED
November 10, 2010, DIRECTING THE CLERK TO FILE SUCH MATERIAL
UNDER SEAL.